# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**Report on Offender Under Supervision**

**Name of Offender**  
Wyatt King

**Docket Number**  
CR 03-40015-1 SBA

**Name of Sentencing Judge:** The Honorable Saundra B. Armstrong  
United States District Judge

**Date of Original Sentence:** December 11, 2003

**Original Offense**  
Count Two: Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d), a Class B Felony  
Count Three: Felon in Possession and Brandishing a Firearm, 18 U.S.C. § 924 (c), a Class A Felony

**Original Sentence:** 86 months custody, two months on count two; 84 months on count three, the terms are to run consecutively.  
**Special Conditions:** special assessment $200; restitution $15,575.00; access to financial information; no new lines of credit or debt; no alcohol; drug treatment; no contact with codefendant, namely ; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12**: On May 26, 2010 a Petition for a Summons was filed with the court. On November 10, 2010, an Amended Petition was filled with the court as the offender continued to violate his conditions of supervision. After failing to appear for a court date on November 19, 2010, a warrant was issued for the offender's arrest. The offender was arrested on the warrant on or about January 4, 2011. On January 31, 2011, a third Amended petition was filed with the court alleging additional violations of supervised release. On March 8, 2011, the offender's supervision was revoked. He was sentenced to six months custody followed by four years supervised release, with up to 180 days in the halfway house.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
James Mann

**Date Supervision Commenced**  
November 6, 2009  
**Defense Counsel**  
Joyce Leavitt (Appointed)

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number four that he reside in a local halfway house for a period of up to six months. |

On or about July 26, 2011, the offender signed out of the halfway house (Geocare), on an approved pass and was due back at 1700 this same day. The offender failed to return to the facility, and as a result was placed on absconder status with the facility as of July 26, 2011 at 1925 hours.

Evidence in support of this charge is the Incident report from GEOcare dated July 26, 2011.

### Action Taken and Reason

On July 27, 2011, this officer received a voicemail from the offender. He was emotional and indicated he was overwhelmed. On this same day, the probation officer spoke with the offender and addressed some of the personal issues he was having. After speaking with the offender's case manager at Geocare, the offender was allowed to return to the facility. The offender reported to Geocare on July 27, 2011 as directed and has not violated any of the rules at the facility since this time. As a result, I am asking that the court take judicial notice and no further action be taken. The offender was verbally admonished for his failure to return to the facility, and a plan of compliance was devised with the offender.

Respectfully submitted,

_____
Tanisha Sanford
U.S. Probation Officer
Date Signed: August 25, 2011

Reviewed by:

_____
Noel Belton
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for a warrant
☐ Submit a request for summons
☐ Other:

Date  8/31/11

_Saundra B. Armstrong_
Saundra B. Armstrong
United States District Judge