SUZANNE A. LUBAN, SBA No. 120629
Attorney at Law
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
REGINALD HILEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 03-40015-SBA |
| ) | |
| Respondent, ) | STIPULATION & ~~PROPOSED~~ |
| ) | ORDER ADVANCING |
| vs. ) | STATUS CONFERENCE |
| ) | ON SUPERVISED RELEASE |
| REGINALD HILEY, ) | MATTER |
| ) | |
| Movant. ) | |
| _____ ) | Judge: Hon. Kandis A. Westmore |

The U.S. Probation Office filed a Form 12 Petition against defendant Reginald Hiley on April 16, 2012, alleging violations of the conditions of supervised release. Two violations are alleged, a new criminal offense related to his arrest on April 10, 2012, and a positive drug test for marijuana. Mr. Hiley is currently set to appear before this Court for status on the supervised release matter on Friday, December 21, 2012.

The parties respectfully request that this Court issue an order advancing the December 21, 2012 status conference two days, to Wednesday, December 19, 2012, to accommodate both attorneys' schedules. Both counsel and U.S. Probation Officer Mark Unalp are available to appear on December 19, 2012. Mr. Hiley is in custody. It is anticipated that the defendant will enter an admission of the supervised release violation

1

1 allegations, and the parties will request the matter to be set on Judge Armstrong's
2 calendar for sentencing.
3 SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: November 15, 2012      /S/ *Natalie Lee*
                                      NATALIE LEE
                                      Assistant United States Attorney

DATED: November 15, 2012      /S/ *Suzanne A. Luban*
                                      SUZANNE A. LUBAN
                                      Attorney for Reginald L. Hiley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 03-40015-SBA |
| ) | |
| Plaintiff, ) | [PROPOSED] |
| ) | ORDER TO ADVANCE |
| vs. ) | STATUS CONFERENCE |
| ) | |
| REGINALD HILEY ) | |
| ) | |
| Defendant. ) | |
| _____) | Judge: Hon. Kandis A. Westmore |

For good cause shown, the Court hereby advances the status hearing previously set for December 21, 2012, on the supervised release violation petition pending against defendant Reginald Hiley, to December 19, 2012 at 9:30 a.m. before this Court.

IT IS SO ORDERED.

DATED: 11/16/12

*Kandis Westmore*
Hon. KANDIS A. WESTMORE
United States Magistrate Judge