SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Defendant
REGINALD HILEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-40015-SBA |
| Plaintiff, | STIPULATION & ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE ON SUPERVISED RELEASE MATTER |
| vs. | |
| REGINALD HILEY, | |
| Defendant. | Judge: Hon. Kandis A. Westmore |

The U.S. Probation Office filed a Form 12 Petition on April 16, 2012 alleging violations of supervised release against defendant Reginald Hiley arising from his arrest on April 10, 2012 on charges of conspiracy to rob a cocaine stash house. Mr. Hiley most recently appeared on December 19, 2012 before Magistrate Judge Westmore and the matter was continued to January 29, 2013 for further status on the supervised release violation.

The parties again seek a continuance of this matter, for three reasons: (1) counsel for Mr. Hiley requires additional time to consult with her client; (2) AUSA Natalie Lee is currently in a trial in San Francisco that will still be ongoing during the week of January 28, 2013 including Tuesday, January 29, preventing her from appearing in Oakland for the hearing on Mr. Hiley's matter; and (3) counsel for Mr. Hiley is starting a new teaching

position at Stanford Law School and was just informed that she is suddenly needed to start on Monday, January 28 instead of March 1 as originally planned. This final reason listed is the reason for the somewhat lengthy continuance requested. The entire week of March 25 is available for both counsel to appear.

The parties respectfully request that this Court issue an order vacating the January 29, 2013 status conference on the supervised release matter and setting it before the duty magistrate judge (Magistrate Judge Westmore) for further status on Monday, March 25, 2013 at 9:30 a.m. Both attorneys are available on that date, as is U.S. Probation Officer Mark Unalp. Mr. Hiley remains in custody.

SO STIPULATED:

                                          MELINDA HAAG
                                          United States Attorney

DATED: January 25, 2013          /S/ *Natalie Lee*
                                          NATALIE LEE
                                          Assistant United States Attorney

DATED: January 25, 2013          /S/ *Suzanne A. Luban*
                                          SUZANNE A. LUBAN
                                          Attorney for Reginald L. Hiley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REGINALD HILEY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CR 03-40015-SBA <br><br> [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Judge: Hon. Kandis A. Westmore |

For the reasons stated in the stipulation filed by counsel, the Court finds that a continuance of the January 29, 2013 hearing on the supervised release violation petition pending against defendant Reginald Hiley is warranted. That hearing is vacated, and the matter is hereby set before the duty magistrate judge on Monday, March 25, 2013 at 9:30 a.m. for further status.

IT IS SO ORDERED.

DATED: 1/28/13     _____
Hon. Kandis A. Westmore
United States Magistrate Judge