| | |
|---|---|
| 1 | SUZANNE A. LUBAN |
| | Attorney at Law |
| 2 | State Bar No.: 120629 |
| | 3758 Grand Ave. #4 |
| 3 | Oakland, California 94610 |
| | Telephone 510/832-3555 |
| 4 | Fax 510/832-3558 |
| 5 | |
| | Attorney for Defendant |
| 6 | REGINALD HILEY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-40015-SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION & ~~PROPOSED~~ |
| | ) | ORDER CONTINUING |
| vs. | ) | STATUS CONFERENCE |
| | ) | ON SUPERVISED RELEASE |
| REGINALD HILEY, | ) | MATTER AND PROPOSED |
| | ) | ORDER |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Kandis A. Westmore |

The U.S. Probation Office filed a Form 12 Petition on April 16, 2012 alleging violations of supervised release against defendant Reginald Hiley arising from his arrest on April 10, 2012 on drug charges. This matter has been continued three times for reasons stated in a previously filed request. Each order has stated: "If the circumstances requiring the continuance are still extant as that date approaches, the parties shall submit a stipulation seeking a further continuance."

The parties agree and stipulate that the circumstances requiring the prior continuance are still extant, and that it is in the interest of justice to delay proceedings in the supervised release matter until the new criminal case is resolved.

The parties respectfully request that this Court issue an order vacating the March 25, 2013 status conference on the supervised release matter and setting it before the duty

1

1 | magistrate judge for further status on August 28, 2013 at 9:30 a.m.  Mr. Hiley remains in
2 | custody.
3 | SO STIPULATED:

DATED: March 13, 2013

MELINDA HAAG
United States Attorney

/S/ *Natalie Lee*
NATALIE LEE
Assistant United States Attorney

DATED: March 13, 2013

/S/ *Suzanne A. Luban*
SUZANNE A. LUBAN
Attorney for Reginald L. Hiley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 03-40015-SBA |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| vs. | ) | |
| REGINALD HILEY, | ) | |
| Defendants. | ) | Judge: Hon. Kandis A. Westmore |

For the reasons stated in the stipulation filed by counsel, the Court finds that a continuance of the March 25, 2013 hearing on the supervised release violation petition pending against defendant Reginald Hiley is warranted. That hearing is vacated, and the matter is hereby set before the duty magistrate judge on Wednesday, August 28, 2013 at 9:30 a.m. for status. If the circumstances requiring the continuance are still extant as that date approaches, the parties shall submit a stipulation seeking a further continuance.

IT IS SO ORDERED.

DATED: 03/21/13

Hon. Kandis A. Westmore
United States Magistrate Judge