United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

WYATT KING,

Defendant.

Case No.: CR 03-40015-SBA-1 (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On December 11, 2003, Defendant Wyatt King was convicted of violations of 18 U.S.C. § 2113(a) and (d) (armed bank robbery) and 18 U.S.C. § 924(c) (felon in possession and brandishing a firearm). He was sentenced to 86 months of custody and five years of supervised release.

Defendant has four prior Forms 12. The Amended Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: that he reside in a local halfway house for a period of up to six months; that he follow the instructions of his probation officer; and that he shall not commit another federal, state or local crime.

At the July 19, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Joyce Leavitt, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Wade Rhyne appeared on behalf of the United States. Probation officer Nicole Fairchild was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

1

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge